

**Sacco & Fillas, LLP**
Attorneys at Law

April 5, 2022

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Tel: 718 746-3440
Direct: 718 269- 2243
Direct Fax: 718 559-6517

ctucker@saccofillas.com
www.saccofillas.com

Tonino Sacco*
Elias N. Fillas
Luigi Brandimarte*

Elizabeth A. Athenas
Joseph Badalov
James R. Baez*
Alexander Berger*
Boris Bernstein*
Eric S. Cantor
David A. Craven
Alex Diaz
Kurt A. Doiron
Joanne Ciaramella
Ronald B. Groman
Zachary S. Kaplan
Joseph Katz
James Kim
Elliot L. Lewis
Patricia R. Lynch
Albert R. Matuza, Jr.
Patrick J. McGrath
Lamont K. Rodgers
Richard E Schirmer
Morris J. Schlaf*
David E. Silverman
Cindy S. Simms
Michael A. Simon
U. William Sung
Clifford R. Tucker
Michael S. Warycha
Dana M. Whitfield
James A. Wolff

*Also admitted in New Jersey

Bayside Office:

42-40 Bell Boulevard
Suite 300
Bayside, NY 11361

New Jersey Office:

2160 North Central Road
Suite 100-3
Fort Lee, NJ 07624

Hon. Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  Calcano v. Hillebrand Funeral Homes Inc.
CASE #:  1:22-cv-01021-LGS

Your Honor:

This office was recently retained to represent Defendant Hillebrand Funeral Homes Inc.  We submit this letter to respectfully request an extension of time to answer or otherwise respond to the Complaint and an extension of time to appear at an Initial Conference.

Attached, is a stipulation signed by all parties extending Defendant's time to answer or otherwise respond to May 11, 2022.

Currently, the Court scheduled an initial conference for April 13, 2022, at 4:20 pm. ECF No. 7.  The undersigned respectfully requests an adjournment of the Initial Conference to a date approximately forty (40) days after May 11, 2022, and at the Court's convenience.

We thank the Court for the time and attention devoted to this matter.

Very Truly Yours, etc.

By: _____/s/ Clifford Tucker_____
       Clifford Tucker, Esq.

This application is untimely but is nevertheless GRANTED in part and DENIED in part. Defendant's time to answer, move or otherwise respond to the Complaint is extended to **May 11, 2022.**  The initial pretrial conference scheduled for April 13, 2022, is adjourned to **May 4, 2022, at 4:20 P.M.**  The parties shall file the joint letter and Proposed Civil Case Management Plan and Scheduling Order required by the Order at Dkt. No. 7 by **April 27, 2022, at 12:00 P.M.**

Dated: April 5, 2022
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**